# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

CMFG LIFE INSURANCE COMPANY, )
f/k/a CUNA Mutual Insurance )
Society, )
 )
    Interpleader Plaintiff, )
 )
v. ) CASE NO. CV415-287
 )
MARCIA BASHLOR HARRISON, )
 )
    Defendant and Cross- )
    Claimant, )
 )
BEVERLY BASHLOR TAYLOR, )
 )
    Defendant and Cross- )
    Defendant. )
 )

## O R D E R

Before the Court is Interpleader Plaintiff CMFG Life Insurance Company's ("CMFG") Motion to Deposit Funds with Clerk and to be Dismissed from this Action. (Doc. 8.) CMFG issued two annuities to the deceased—Ralph Morris Bashlor, Sr.—and seeks permission to deposit into the Court's registry the proceeds of those annuities. (Id. ¶¶ 1-3.) In support of its request, CMFG states that it is unable to determine the proper beneficiary of the annuities. (Id. ¶ 2.)

After careful consideration, CMFG's motion is **GRANTED**. Accordingly, CMFG is **DIRECTED**, within **ten days** of the date of this order, to present a check payable to the Clerk of Court as a deposit into the registry of this Court. The check is to include, without any deduction for attorney's fees or costs, the value of

contracts number 40070904 and 48012941, plus any appropriate interest. The Clerk of Court is **DIRECTED** to accept and receive the above funds into the Court's registry for ultimate disposition only by order of this Court. Pursuant to Southern District of Georgia Local Rule 67.3, the Clerk of Court is **DIRECTED** to deduct a fee from the deposited funds in the amount of 10% of the income earned. This fee shall be collected at the time the Clerk of Court makes any distribution of funds pursuant to a valid order of this Court. Following the Clerk's acceptance of the funds, CMFG is **DISMISSED** from this case **WITHOUT PREJUDICE**.

SO ORDERED this 14th day of January 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA