UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-287 |
| MARCIA BASHLOR HARRISON et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of J. Ashley Twombley of the Twenge, Twombley law firm, 311 Carteret Street, Beaufort, South Carolina 29902, for permission to appear pro hac vice on behalf of defendant Beverly Bashlor Taylor, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter J. Ashley Twombley as counsel of record for defendant Beverly Bashlor Taylor, in this case.

**SO ORDERED** this __23rd__ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA