IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CMFG LIFE INSURANCE COMPANY, )
f/k/a CUNA Mutual Insurance )
Society, )
 )
    Interpleader Plaintiff, )
 )
v. ) CASE NO. CV415-287
 )
MARCIA BASHLOR HARRISON, )
 )
    Defendant, Cross- )
    Claimant, and Cross- )
    Defendant )
 )
BEVERLY BASHLOR TAYLOR, )
 )
    Defendant, Cross- )
    Claimant, and Cross- )
    Defendant. )
 )



## ORDER

Before the Court is Defendant Marcia Bashlor Harrison's Motion to Dismiss Crossclaim of Beverly Bashlor Taylor. (Doc. 16.) Subsequent to Defendant Harrison filing that motion, Defendants Harrison and Taylor filed a joint motion notifying the Court that they had resolved this case and requesting disbursement of the interpled funds. (Doc. 21.) Prior to the Court ruling on that motion, however, Hilda Hallows Bashlor filed an "Interpleader" (Doc. 23) and Motion to Intervene (Doc. 29), which is still pending before the Magistrate Judge. In the Motion to Intervene,

Ms. Hilda Bashlor claims to be the proper beneficiary of the funds involved in this case. (Id. at 2.)

Given Ms. Bashlor's recent attempt to intervene in this case, the Court thinks it unwise to dispose of Defendant Harrison's Motion to Dismiss Crossclaim at this time. Therefore, the motion (Doc. 16) is **DISMISSED WITHOUT PREJUDICE**. Defendant Harrison shall have the right to refile her motion should Ms. Bashlor be permitted to intervene and the parties become unable to resolve this case.

SO ORDERED this 28th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA