# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CMFG LIFE INS. CO., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV415-287 |
| MARCIA BASHLOR HARRISON; BEVERLY BASHLOR TAYLOR; and James B. Hardy, III, as executor of the Estate of HILDA HALLOWS BASHLOR, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Beverly Bashlor Taylor requested a status conference to discuss various pending issues in this case. Doc. 66. The Court **GRANTED** that motion and, on February 19, 2019, the Court held a telephonic status conference attended by all parties' respective counsel. The parties expressed their willingness to consider a court-facilitated settlement conference. Based on that agreement, the Court **DIRECTS** them to confer and file a joint Status Report within seven days (*i.e.,* by no later than February 26, 2019) indicating each party's willingness to participate in a settlement conference and, if they are willing, proposing multiple possible dates for that conference.

**SO ORDERED**, this 19th day of February, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia