# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CMFG LIFE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV415-287 |
| | ) | |
| MARCIA BASHLOR HARRISON; | ) | |
| BEVERLY BASHLOR TAYLOR; and | ) | |
| James B. Hardy, III, as executor | ) | |
| of the Estate of HILDA HALLOWS | ) | |
| BASHLOR, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On April 8, 2019, the Court facilitated a settlement conference among the parties to this interpleader action. *See* doc. 74 (Minute Entry). The parties were unable to reach a settlement at that conference. The Court must, therefore, dispose of the pending motions. After the settlement conference, and the status conference which preceded it (*see* doc. 73), the Court understands that defendant Beverly Bashlor Taylor is prepared to respond, at least to some extent, to the discovery which is the subject of several of the pending motions. *See* doc. 59 (Motion to Compel), doc. 64 (Motion for Protective Order); doc. 66 (Motion for a

Status Conference).[1] The Court is unsure, however, whether her compliance would render all issues raised in those motions moot. *See* doc. 59 at 10 (seeking recovery of attorney's fees under the mandatory fee-shifting provisions of Fed. R. Civ. P. 37(a)(5)). Within the time for the parties to file their joint proposed scheduling order, discussed below, defendants should confer and withdraw the motions, if moot, or file a notice to inform the Court which issues remain.

In order to clarify the status of the pending discovery motions and to establish a schedule for the remaining litigation, the parties are **DIRECTED** to confer and jointly propose a scheduling order that includes deadlines for the following events: close of discovery (including deadlines for exchange of expert discovery, if appropriate), last day for filing civil motions, including *Daubert* motions, but excluding motions *in limine*, and a deadline for a post-discovery status report, which should include proposed dates for a status conference. **The proposed scheduling order should be filed no later than April 26, 2019.**

---

[1] Although the Court granted the motion for a status conference, and held the requested conference on February 19, 2019, *see* doc. 68 at 1, it remains pending on the docket.

**SO ORDERED**, this 11th day of April, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA