# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CMFG LIFE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV415-287 |
| | ) | |
| MARCIA BASHLOR HARRISON, | ) | |
| BEVERLY BASHLOR TAYLOR, and | ) | |
| JAMES B. HARDY, III as Executor | ) | |
| of the Estate of Hilda Hallows Bashlor, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Fact discovery in this case closes on July 1, 2019. Doc. 77. Two discovery motions remain outstanding. Doc. 59 (defendant Harrison's motion to compel defendant Taylor's discovery responses and seeking attorneys' fees and costs for bringing the motion); doc. 64 (defendant Taylor's motion for a protective order based on her "life threatening medical conditions"). At the parties' April 8, 2019, settlement conference, the parties indicated that they might reach an agreement on fees and costs without further Court intervention. The motions remain pending, however, indicating that no such agreement has been reached. The parties are therefore **ORDERED** to file a short joint status report **by**

**close of discovery** (July 1, 2019) indicating whether these motions, in whole or in part, still require Court resolution or have been resolved by the parties. If they have been fully resolved, a notice of withdrawal may be filed in lieu of the status report.

**SO ORDERED,** this __19th__ day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA