# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CMFG LIFE INS. CO., | ) | |
| Interpleader-Plaintiff, | ) ) ) | |
| v. | ) ) | CV415-287 |
| MARCIA BASHLOR HARRISON, et al., | ) ) ) ) | |
| Interpleader-Defendants. | ) | |

## ORDER

As a result of interpleader-defendant Taylor's withdrawal as counsel in this case, doc. 88 at 2, the dispositive motion deadline in this case was extended to November 11, 2019, *id.* at 3. However, no motions were filed and this case appears ready for a pretrial order. Accordingly, the parties are **DIRECTED** to inform the Court within 10 days from the date of this order if they are prepared to proceed to trial.

**SO ORDERED,** this 10th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA