FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 FEB -7 PM 3:17
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CMFG LIFE INSURANCE COMPANY, )
f/k/a CUNA Mutual Insurance )
Society, )
　　　　　　　　　　　　　　　　)
　　　Interpleader Plaintiff, )
　　　　　　　　　　　　　　　　)
v. 　　　　　　　　　　　　　　 )　　CASE NO. CV415-287
　　　　　　　　　　　　　　　　)
MARCIA BASHLOR HARRISON, 　　　 )
　　　　　　　　　　　　　　　　)
　　　Defendant, Cross-Claimant, )
　　　and Cross-Defendant, 　　　)
　　　　　　　　　　　　　　　　)
BEVERLY BASHLOR TAYLOR, 　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant, and Cross- 　　)
　　　Defendant, 　　　　　　　　)
　　　　　　　　　　　　　　　　)
JAMES B. HARDY, III, Executor 　)
of the Estate of HILDA HALLOWS )
BASHLOR, 　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　Defendant, and Cross- 　　)
　　　Claimant. 　　　　　　　　)
　　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is Defendant James B. Hardy, III, as Executor of the Estate of Hilda Hallows Bashlor, and Defendant Marcia Bashlor Harrison's Joint Motion to Dismiss Defendant Beverly Bashlor Taylor for Want of Prosecution. (Doc. 94.) In their motion, Defendant James B. Hardy, III, as Executor of the Estate of Hilda Hallows Bashlor ("Hardy"), and Defendant Marcia Bashlor Harrison ("Harrison") seek to dismiss Defendant Beverly Bashlor Taylor ("Taylor") pursuant to Southern District of

Georgia Local Rule 41.1(b) for want of prosecution for her failure to respond to this Court's orders due to either willful disobedience or neglect. (Id. at 1-2.)

Pursuant to Southern District of Georgia Local Rule 41.1, this Court may sua sponte, or upon motion of any party, dismiss any action for want of prosecution, with or without prejudice for "willful disobedience or neglect of any order of the Court" or for "any other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1.

In this case, the Court permitted Defendant Taylor's counsel to withdraw and informed Defendant Taylor that it was her responsibility to retain new counsel, if she so chose. (Doc. 88 at 1-2.) To date, the docket in this action does not reflect that Defendant Taylor has retained counsel. This Court also extended the deadline to file civil motions to November 11, 2019. (Id. at 3.) No party filed motions by the deadline of November 11, 2019 and, as a result, Magistrate Judge Ray ordered all parties to inform the Court whether they were prepared to proceed to trial within ten (10) days of his Order dated January 10, 2020. (Doc. 90.) On January 21, 2020, Defendant Harrison and Defendant Hardy both filed responses informing the Court that this case is not ready for trial and referenced a to be filed Motion to Dismiss. (Docs. 91, 92.) Defendant Taylor has not responded to Magistrate Judge Ray's order.

In their motion to dismiss, Defendants Harrison and Hardy state that Defendant Taylor has not retained new counsel, as advised by this Court, has not responded to the parties' attempts to communicate with her, and, generally, has not been litigating her case. (Doc. 94.) This Court agrees. Since the Court permitted Defendant Taylor's counsel to withdraw, Defendant Taylor has not responded to any orders issued in this case, has not communicated with opposing parties, and has not responded to Defendant Harrison and Hardy's motion.

Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1, the district court may dismiss any civil action for want of prosecution, with or without prejudice, for failure to prosecute with reasonable promptness. Due to Defendant Taylor's failure to respond, Defendant Taylor is **DISMISSED WITH PREJUDICE.**

SO ORDERED this 7th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA