IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br>f/k/a CUNA Mutual Insurance<br>Society,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>MARCIA BASHLOR HARRISON,<br><br>    Defendant, Cross-Claimant,<br>    and Cross-Defendant,<br><br><br>JAMES B. HARDY, III, Executor of<br>the Estate of HILDA HALLOWS<br>BASHLOR,<br><br>    Defendant and Cross-<br>    Claimant. | CASE NO. CV415-287 |

## O R D E R

Defendant James B. Hardy, III, as Executor of the Estate of Hilda Hallows Bashlor ("Hardy"), and Defendant Marcia Bashlor Harrison ("Harrison") sought to dismiss Defendant Beverly Bashlor Taylor ("Taylor") pursuant to Southern District of Georgia Local Rule 41.1(b) for want of prosecution for her failure to respond to this Court's orders due to either willful disobedience or neglect. (Doc. 94 at 1-2.) Defendant Hardy and Defendant Harrison represented to this Court that "the remaining parties are informed and believe that they will be able to resolve their differences with the dismissal of Defendant Taylor, without the necessity of trial." (Id. at 2.)

This Court granted Defendants' motion and dismissed Defendant Taylor with prejudice on February 7, 2020. (Doc. 95.) However, despite Defendants' statement that they believe they could resolve this case, no further action has been taken in this case. Neither Defendant has filed a stipulated dismissal, sought a trial date, or otherwise prosecuted their case with reasonable promptness. The parties are, therefore, **DIRECTED** to inform this Court within **ten (10) days** of this Order the status of this case. Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1, the district court may dismiss any civil action for want of prosecution, with or without prejudice, for failure to prosecute with reasonable promptness. Should Defendant Hardy and Defendant Harrison fail to comply with this Order or otherwise continue to act in a dilatory manner in this case, this action will be subject to dismissal.

SO ORDERED this 1ST day of June 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA