IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, f/k/a CUNA Mutual Insurance Society, <br><br> Interpleader Plaintiff, <br><br> v. <br><br> MARCIA BASHLOR HARRISON, <br><br> Defendant, Cross-Claimant, and Cross-Defendant, <br><br> JAMES B. HARDY, III, Executor of the Estate of HILDA HALLOWS BASHLOR, <br><br> Defendant and Cross-Claimant. | CASE NO. CV415-287 |

## O R D E R

Before the Court is the parties' Joint Consent Motion for Disbursal of Funds Held in Court Registry and Entry of Dismissal with Prejudice of all Claims. (Doc. 99.) After careful consideration and while noting the agreement of all parties, the motion is **GRANTED**. The Court will enter the proposed consent judgment (Doc. 99, Attach. 1) in a separate order.

SO ORDERED this 17th day of June 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA