IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, f/k/a CUNA Mutual Insurance Society,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>MARCIA BASHLOR HARRISON,<br><br>    Defendant, Cross-Claimant, and Cross-Defendant,<br><br>JAMES B. HARDY, III, Executor of the Estate of HILDA HALLOWS BASHLOR,<br><br>    Defendant and Cross-Claimant. | CASE NO. CV415-287 |

## CONSENT ORDER and FINAL JUDGMENT

In accordance with this Court's order granting the parties' joint motion for disbursement (Doc. 100), the Court hereby **ADOPTS** the parties' **CONSENT JUDGMENT**. (Doc. 99, Attach. 1). Therefore, it is **ORDERED** and **ADJUDICATED** that:

1. MARCIA BASHLOR HARRISON shall be entitled to an award of $120,000.00 of the proceeds held within this Court's Registry, and the Clerk of Court shall cause such funds to be made payable to "Marcia Bashlor Harrison" and delivered to her counsel of records, Christian J. Steinmetz III, Esq., Post Office Box 10085, Savannah, GA 31412-0285.

2. JAMES B. HARDY III, as Executor of the Estate of HILDA HALLOWS BASHLOR, shall be entitled to an award of all proceeds remaining in the Court's registry after those

awarded to Harrison are disgorged as provided in Paragraph 1 of this Order. The Clerk of Court shall cause such funds to be made payable to "JAMES B. HARDY III, as Executor of the Estate of HILDA HALLOWS BASHLOR and his attorneys, Olivetti, McCray & Withrow, LLC" and delivered to his counsel of records, Daphne S. Withrow, Esq., Post Office Box 7906, Hilton Head Island, SC 29938.

3. All claims, counterclaims, and cross-claims of both Harrison and Hardy pending in this case shall be dismissed with prejudice.

4. Each party shall bear his or her own costs of litigation, including attorneys' fees.

5. This Consent Order shall constitute the Court's Final Judgment in this case pursuant to Federal Rule of Civil Procedure 54.

As this Order resolves all pending matters in this case, the Clerk of Court is **DIRECTED** to enter this Final Judgment and close this case.

SO ORDERED this 22ᴬᴰ day of June 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA